**FILED**

08/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0346

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0346

_____

MATHEW RYAN AILER,

Petitioner and Appellant,

v.                                                                    O R D E R

STATE OF MONTANA,

Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Matthew Ryan Ailer, to all counsel of record, and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 9 2023